

**MANDATE**

# Court of Appeals

# First District of Texas

NO. 01-14-00998-CV

JOEL D. MALLORY, Appellant

V.

J.P. MORGAN CHASE BANK, N.A., CHASE HOME FINANCE, L.L.C. AND
CODILIS & STAWIARSKI, P.C., Appellees

Appeal from the 151st District Court of Harris County (Tr. Ct. No. 2010-64487).

**TO THE 151st DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 24th day of March, 2015, the cause upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

After inspecting the record of the court below, it is the opinion of this Court that it lacks jurisdiction over the appeal. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that costs be taxed against appellant.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 24, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

October 9, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

